In the Matter of FELIX NORI, as Guardian ad Litem of RICHARD NORI, an Infant, Appellant, against CITY OF YONKERS, Respondent.

Argued January 3, 1950; decided January 12, 1950.

*Bernard T. Silverman* for appellant.

*John H. Galloway, Jr., Corporation Counsel (John Preston Phillips* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.